IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs. | § | CR C-02-220 (1) |
| Arnold William Martinez | § | |

## ORDER APPOINTING COUNSEL

Attorney **Gabriel R. Salais** was appointed on July 14, 2011 to represent defendant, **Arnold William Martinez**. Mr. Salais is advised that:

Preliminary Examination is set for: **July 19, 2011 at 8:30 a.m.**

Attorney will receive email notification.

ORDERED this the 14th day of July 2011.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE