| | | | |
|---|---|---|---|
| **HONORABLE:** | JANIS GRAHAM JACK, Presiding | | |
| **Case Manager:** | Lori Cayce | **ERO:** | Velma Gano |
| **USM:** | R.Richards, J.Palombo, R.Quintero | **USPO:** | Audra Basaldu |
| **Interpreter:** | | **USPT:** | |

**DATE:** August 18, 2011  **OPEN:** 9:40  **ADJOURN:** 9:52

**CR. C** 02-220  **DEFT.** 1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | }{ | **AUSA:** MARK PATTERSON |
| **VS.** | }{ | |
| **ARNOLD WILLIAM MARTINIEZ** | }{ | **GABRIEL SALAIS** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* REVOCATION OF SUPERVISED RELEASE TERM HEARING\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

(X) Defendant Sworn

(X) Revocation of Supervised Release Term Hearing held.

( ) Court finds deft has not violated Bond / Probation / SRT.

(X) Court finds deft has violated terms of SRT. (Violation Number: 1-3 )

(X) Supervised Release Term REVOKED

( ) Bond / Probation / Supervised Release Term REINSTATED

( ) Bond / Probation / Supervised Release Term MODIFIED

(X) **SENTENCE:** *41 days BOP; 35 ½ months SRT; alcohol abstinence; nighttime restriction 11pm-6am; 20 hours of community service over the next 18 months; in patient and outpatient drug treatment; halfway house for 180 days upon release from BOP*

( ) Violation No.(s) _____ dismissed on Government Motion.

( ) Bond Continued ( ) Govt. objects ( ) Govt. does not object.

(X) REMANDED to custody of U. S. Marshal.

( ) Deft. to surrender to U. S. Marshal on _____.

**OTHER PROCEEDINGS:**

Govt exhibits 1-2 admitted