United States Courts
Southern District of Texas
FILED

AUG 18 2011

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | } Docket No. 2:02CR00220-S-001 |
|---|---|
| | } |
| | } Honorable Janis Graham Jack |
| VS. | } JUDGE |
| | } L. Cayce / V. Gano |
| | } COURTROOM CLERK / COURT REPORTER |
| Arnold William Martinez | } Revocation Hearing |
| | } PROCEEDING |

EXHIBIT LIST OF U.S. GOVERNMENT

| NO. | DESCRIPTION | MARK | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|---|
| 1. | Explanation of Alcohol/Drug Aftercare Special Condition<br>Def: Arnold W. Martinez  Date: 11/15/2010 | ✓ | ✓ | | 8-18-11 | |
| 2. | Corpus Christi Police Department<br>Incident Report: 1104300033<br>Charges: Public Intoxication and Evading Arrest/Detention<br>Defendant: Arnold W. Martinez  Date: 04/30/11 | ✓ | ✓ | | 8-18-11 | |
| 3. | | | | | | |
| 4. | | | | | | |

AVB/

EXHIBIT.MST {August 15, 2011}