PROB 12C
(5/00)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arnold William Martinez        Case Number: 2:02CR00220-S-001

Name of Sentencing Judge: The Honorable Janis Graham Jack

Date of Original Sentence: June 22, 2004

Original Offense:         Conspiracy to the Laundering of Monetary Investments

Original Sentence:        87 months BOP, 3 year SRT

Type of Supervision:      Supervised Release        Supervision Started: 11/10/2010

Assistant U.S. Attorney: Patti Hubert Booth        Defense Attorney: Fred Jimenez

## EARLIER COURT ACTION

On August 18, 2011, Your Honor revoked Mr. Martinez' supervision after the Court found that Mr. Martinez violated the terms of his supervised release by committing the violations of evading arrest, public intoxication, failure to abide by the drug treatment program's rules and regulations, and failure to abide by nighttime restriction. He was sentenced to 41 days custody, followed by a 35 1/2 month term of supervised release.

## PETITIONING THE COURT

### TO ISSUE A WARRANT

**The probation officer believes that the offender has violated the following conditions of supervision:**

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Law Violation-Public Intoxication |

On or about July 26, 2014, in Nueces County, Texas, Arnold Martinez did, then and there, appear in a public place while intoxicated to the degree that the person may endanger the person or another, in violation of Texas Penal Code Section 49.02, a class C misdemeanor.

**Details:** On or about July 26, 2014, at approximately 5:56 a.m., officers with the Corpus Christi Police Department were dispatched to the Red Roof Inn off Buffalo Street in reference to a man down on the sidewalk. When the officers arrived on scene they observed Martinez asleep on the sidewalk in front of the Red Roof Inn lobby. When they woke Martinez up, he was unaware of his whereabouts. A strong odor of an intoxicating beverage was emitting from Martinez' breath and person. Martinez had red, watery eyes, slurred speech, and was unsteady on his feet. Martinez informed the officers he was an occupant of the Red Roof Inn, room 37. The officers contacted the hotel clerk who indicated Martinez was not a registered guest. Due to Martinez' high level of intoxication, it was determined he would be a danger to himself or others if left in public. Martinez was arrested for public intoxication and transported to the City Detention Center. According to the Corpus Christi Municipal Court, the case is pending.

**2      Failure to Abide by Nighttime Restriction**

On or about July 26, 2014, Arnold Martinez, in Corpus Christi, Texas, violated his nighttime restriction condition which restricts him to his home from 11:00 p.m. to 6:00 a.m. each night, unless other specific arrangements are made with the probation officer, as evidenced by the facts surrounding his arrest for public intoxication at approximately 5:56 a.m. on that same date. Martinez did not make any arrangements with the probation officer to be away from his home after 11:00 p.m. on that date.

**U.S. Probation Officer Recommendation:**

[  ]  **The term of supervision should be**
   [ X ]  **revoked.**
   [  ]  **extended for years, for a total term of years.**

[  ]  **The conditions of supervision should be modified:**

**I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.**

**Approved:**                                              **Respectfully submitted:**

_____                by   _____
**Victor Valdez, Supervising**                       **Audra V. Basaldu**
**U.S. Probation Officer**                              **U.S. Probation Officer**
                                                                    **August 4, 2014**

Martinez, Arnold William
Docket Number: 2:02CR00220-S-001
Page 3

THE COURT ORDERS:

[ ] No Action

[×] The Issuance of a Warrant, and no bond.

[ ] The Issuance of a Warrant, and a bond of $_____ cash / surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ] The Issuance of a Summons.

[ ] Other:

_____
Janis Graham Jack
Senior United States District Judge

August 5, 2014
_____
Date