UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:02-CR-00220-1 |
| | § | |
| ARNOLD WILLIAM MARTINEZ | § | |

## ORDER APPOINTING CJA COUNSEL

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, **Travis W. Berry** is appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case. An appointment by a Magistrate Judge shall remain in effect if the case proceeds to District Court.

Preliminary hearing is scheduled for: **August 13, 2014 at 9:00 a.m.** Counsel will be notified electronically via CM/ECF.

Counsel is reminded to review the CJA Plan for the Southern District of Texas, available on the Court's website. In particular, Section VII.D states that "Appointed Counsel may not require, request, or accept any payment or promise of payment or any other valuable consideration for representation under the appointment, unless such payment is approved by order of the court."

ORDERED this 11th day of August, 2014.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE