UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

THE UNITED STATES OF AMERICA *
                              *
VS.                           *     CRIMINAL NO.C-02-220
                              *
ARNOLD WILLIAM MARTINEZ       *

## ORDER ALLOWING SUBSTITUTION OF COUNSEL

ON THIS the 13 day of August, 2014 the Motion for Substitution of Counsel for Defendant, **ARNOLD WILLIAM MARTINEZ**, submitted by **GABRIEL SALAIS** and the Court is of the opinion that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that **GABRIEL SALAIS**, be substituted as counsel for Defendant, **ARNOLD WILLIAM MARTINEZ**.

SIGNED and ENTERED this 13 day of August, 2014.

_____
PRESIDING JUDGE