# UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | NOTICE OF SETTING |
| ARNOLD WILLIAM MARTINEZ | CR C 02-220-(01) |

**THIS CASE HAS BEEN RE-ASSIGNED TO**
**HON. JANIS GRAHAM JACK AND**
**YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:**

JUDGE JANIS GRAHAM JACK

United States Courthouse
1133 North Shoreline Boulevard
3rd Floor Courtroom, 319-A
Corpus Christi, Texas 78401

United States District Court
Southern District of Texas
FILED

AUG 13 2014

David J. Bradley, Clerk of Court

On     **THURSDAY, SEPTEMBER 25, 2014**    at     **10:00 AM.**

**BY VIDEO CONFERENCE \*\***

**PURPOSE OF PROCEEDING:**

Final Pretrial Conference
*Note: Client(s) are required to appear*      Motion Hearing

Jury Selection and Trial      Show Cause Hearing

Rearraignment      Sentencing

Other      **X** Supervised Release Hearing\*

**\*\*ANY OBJECTIONS TO VIDEO CONFERENCE SENTENCING MUST BE FILED IN 5 DAYS.**

DAVID BRADLEY, Clerk of Court

By Deputy: Linda Smith

August 13, 2014

\*Please note that this hearing will be done by Video Conference. Any and all pleadings, including PSI, objections, and any other pleadings must be on file at least one week prior to hearing.