UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ARNOLD WILLIAM MARTINEZ | NOTICE OF RE-SETTING<br><br><br>CR C 02-220 (01) |

**YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:**

JUDGE JANIS GRAHAM JACK

United States Courthouse
1133 North Shoreline Boulevard
3rd Floor Courtroom, 319-A
Corpus Christi, Texas 78401

United States District Court
Southern District of Texas
FILED

SEP 04 2014

David J. Bradley, Clerk of Court

On     **THURSDAY, SEPTEMBER 25, 2014**    at     **11:00 AM.**
**TIME CHANGE ONLY**
**BY VIDEO CONFERENCE \***

**PURPOSE OF PROCEEDING:**

| | | |
|---|---|---|
| Final Pretrial Conference<br>*Note: Client(s) are required to appear* | | Motion Hearing |
| Jury Selection and Trial | | Show Cause Hearing |
| Rearraignment | | Sentencing |
| Other | X | Supervised Release Hearing\* |

DAVID BRADLEY, Clerk of Court

By Deputy: Linda Smith

                                                     September 4, 2014

\*Please note that this hearing will be done by Video Conference. Any and all pleadings, including PSI, objections, and any other pleadings must be on file at least one week prior to hearing.