IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
SEP 25 2014
David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA } Docket No. 2:02CR00220-S-001

VS.

} Honorable Janis Graham Jack
} JUDGE

COURTROOM CLERK   COURT REPORTER

Arnold William Martinez } Revocation Hearing
PROCEEDING

AUSA Lane Witt

EXHIBIT LIST OF U.S. GOVERNMENT

| NO. | DESCRIPTION | MARK | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|---|
| 1. | Corpus Christi Police Department Incident Report: 1407260040 Charges: Public Intoxication Defendant: Arnold W. Martinez   Date: 07/26/2014 | ✓ | ✓ | | 9/25/14 | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| | | | | | | |
| | | | | | | |

AVB/    EXHIBIT.MST {September 16, 2014}