Probation Form No. 35　　　　　　　　　　Report and Order Terminating Probation
(5/00)　　　　　　　　　　　　　　　　　　　or Supervised Release
　　　　　　　　　　　　　　　　　　　　　Before Original Expiration Date

# United States District Court
## for the
## Southern District of Texas

United States of America

　　　versus　　　　　　　　　　　　　　　Criminal Case:　2:02CR00220-S-001

Arnold William Martinez

On January 5, 2015, this defendant was placed on supervision for 25 months. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from supervised release.

Respectfully submitted,

*Audra V. Basaldu*
Audra V. Basaldu
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervised release, and these proceedings are terminated.

Signed February 5, 2016　　　　　Corpus Christi, Texas.

*Janis Graham Jack*
Janis Graham Jack
Senior United States District Judge